UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MAY DEPARTMENT STORE COMPANY,<br>d/b/a May Design and Construction Company<br>*Plaintiff* | CIVIL ACTION<br><br>NO. 300-CV-2449 AHN |
| vs. | |
| NEWFIELD CONSTRUCTION COMPANY, INC.<br>*Defendant/Third-Party Plaintiff* | |
| vs. | |
| INTERSTATE WELDING AND MECHANICAL<br>CO., INC.<br>*Third-Party Defendant/Fourth-Party Plaintiff* | |
| vs. | |
| GEM SPRINKLER MANUFACTURING<br>COMPANY, ET AL.<br>*Fourth-Party Defendants/Apportionment Defendants* | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff The May Department Store Company by and through its counsel, Cozen O'Connor and Stuart Glenn Blackburn, Esquire, hereby agree to dismiss with prejudice any and all claims Plaintiff has against Defendants, Newfield Construction Company, Inc., and Interstate Welding and Mechanical Company, Inc., with each side to bear its own costs.

The Defendant/Third-Party Plaintiff, Newfield Construction, Inc., by and through its counsel, Constance L. Epstein, Esquire, hereby agrees to dismiss with prejudice any and all

claims Defendant/Third-Party Plaintiff has against Third-Party Defendant, Interstate Welding and Mechanical Company, Inc. with each side to bear its own costs.

_/s/ Constance L. Epstein_
CONSTANCE L. EPSTEIN, ESQUIRE
Howard, Kohn, Sprague & FitzGerald, LLP
237 Buckingham Street   ct 06958
Hartford, CT 06106
(860) 525-3101
Attorneys for Defendant Newfield
Construction Company, Inc.

DATED: December 12, 2003

_/s/ John J. Pezzillo_
JOHN J. PEZZILLO, ESQUIRE  ct 23649
Ryan, Ryan, Johnson & DeLuca, LLP
80 Fourth Street
Stamford, CT 06905
(203) 357-9200
Attorneys for Defendant Interstate Welding
& Mechanical Company, Inc.

DATED: December 15, 2003


OF COUNSEL:
Stuart G. Blackburn, Esquire
Law Offices of Stuart Glenn Blackburn
Two Concorde Way
P.O. Box 3216
Windsor Locks, CT 06096-3216
(860) 292-1116
Federal Court #00686

_/s/ Mark T. Mullen_
MARK T. MULLEN, ESQUIRE  ct 12203
JAMES P. CULLEN, JR., ESQUIRE
Cozen O'Connor
The Atrium, Third Floor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2091
Attorneys for Plaintiff May Department
Store Company

DATED: December 9, 2003


**SO ORDERED BY THE COURT:**

_____
J.

DATED: _____

## CERTIFICATE OF SERVICE

This will certify that a copy of the above has been mailed via United States mail, first class, postage prepaid, to the following counsel and pro se parties of record on December 15, 2003:

Stuart Glen Blackburn, Esq.
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

Mark T. Mullen, Esq.
Cozen and O'Connor
The Atrium - Third Floor
1900 Market Street
Philadelphia, PA 19103

Matthew G. Conway, Esq.
Conway & Stoughton, LLP
201 Ann Street
Hartford, CT 06103

Andrew S. Turret, Esq.
Law Offices of Robert M. Brennan
265 Church Street, Suite 802
New Haven, CT 06510

Constance L. Epstein, Esq.
Howard, Kohn, Sprague & Fitzgerald
Box 261798
Hartford, CT 06126-1798

I:\Procases\102.015\ObjMotionPreclude102103.wpd/102.015

_____
JOHN J. PEZZILLO, ESQ.

6