UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MAY DEPARTMENT STORE COMPANY, d/b/a May Design and Construction Company<br>*Plaintiff* | CIVIL ACTION<br><br>NO. 300-CV-2449 AHN |
| vs. | |
| NEWFIELD CONSTRUCTION COMPANY, INC.<br>*Defendant/Third-Party Plaintiff* | |
| vs. | |
| INTERSTATE WELDING AND MECHANICAL CO., INC.<br>*Third-Party Defendant/Fourth-Party Plaintiff* | |
| vs. | |
| GEM SPRINKLER MANUFACTURING COMPANY, ET AL.<br>*Fourth-Party Defendants/Apportionment Defendants* | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff The May Department Store Company by and through its counsel, Cozen O'Connor and Stuart Glenn Blackburn, Esquire, hereby agree to dismiss with prejudice any and all claims Plaintiff has against Defendants, Newfield Construction Company, Inc., and Interstate Welding and Mechanical Company, Inc., with each side to bear its own costs.

The Defendant/Third-Party Plaintiff, Newfield Construction, Inc., by and through counsel, Constance L. Epstein, Esquire, hereby agrees to dismiss with prejudice any and all

12/22/03   APPROVED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.