UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MAY DEPARTMENT STORE COMPANY : <br> d/b/a May Design & Construction Company : <br> *Plaintiff*, : <br> : <br> v. : <br> : <br> NEWFIELD CONSTRUCTION COMPANY, INC: <br> *Defendant/Third-Party Plaintff*, <br> <br> v. <br> <br> INTERSTATE WELDING AND MECHANICAL <br> CO., INC. <br> *Third-Party Defendant/Fourth-Party Plaintiff* : <br> <br> v. <br> <br> NORTHERN WINDUSTRIAL CO., and GEM <br> SPRINKLER MANUFACTURING COMPANY, <br> *Fourth-Party Defendants* | CIVIL ACTION <br> <br> NO. 300-CV-2449 (AHN) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Third-Party Defendant/Fourth-Party Plaintiff by and through its counsel, Ryan, Ryan, Johnson & Deluca, LLP hereby agree to dismiss with prejudice any and all claims the Third-Party Defendant/Fourth-Party Plaintiff has against the Fourth-Party Defendants, GEM Sprinkler Manufacturing Company and Northern Windustrial Company with each side to bear their own costs.

**AGREED AND CONSENTED TO:**

_____         _____
MATTHEW G. CONWAY, ESQUIRE              ANDREW S. TURRET, ESQUIRE
(CT09612)                                (CT 07962)
Conway & Stoughton, LLP                  Law Offices of Robert M. Brennan
201 Ann Street                           265 Church Street, Suite 802
Hartford, CT 06103                       New Haven, CT 06510
Attorney for Gem Sprinkler Manufacturing Co.   Attorney for Northern Windustrial Company

_____
JOHN J. PEZZILLO, ESQUIRE (CT23649)
KEVIN M. TEPAS, ESQUIRE
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905
203-357-9200
Attorneys for Interstate Welding &
Mechanical Company, Inc.

DATED: December 9, 2003

**SO ORDERED BY THE COURT:**


_____
                                                      J.

DATED:_____

I:\Procases\102.015\StipDismissal.wpd\102.015