UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

THE MAY DEPARTMENT STORE COMPANY : CIVIL ACTION
d/b/a May Design & Construction Company :
*Plaintiff*, : NO. 300-CV-2449 (AHN)

v.

NEWFIELD CONSTRUCTION COMPANY, INC.
*Defendant/Third-Party Plaintff*,

v.

INTERSTATE WELDING AND MECHANICAL
CO., INC.
*Third-Party Defendant/Fourth-Party Plaintiff* :

v.

NORTHERN WINDUSTRIAL CO., and GEM
SPRINKLER MANUFACTURING COMPANY,
*Fourth-Party Defendants*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Third-Party Defendant/Fourth-Party Plaintiff by and through its counsel, Ryan, Ryan, Johnson & Deluca, LLP hereby agree to dismiss with prejudice any and all claims the Third-Party Defendant/Fourth-Party Plaintiff has against the Fourth-Party Defendants, GEM Sprinkler Manufacturing Company and Northern Windustrial Company with each side to bear their own costs.

**AGREED AND CONSENTED TO:**

_____
MATTHEW G. CONWAY, ESQUIRE
Conway & Stoughton, LLP
201 Ann Street
Hartford, CT 06103
Attorney for Gem Sprinkler Manufacturing Co.
Fed Bar # CT 09612

_____
ANDREW S. TURRET, ESQUIRE
Law Offices of Robert M. Brennan
265 Church Street, Suite 802
New Haven, CT 06510
Attorney for Northern Windustrial Company
Fed Bar # CT 07962

                                                                JOHN J. PEZZILLO, ESQUIRE  (CT 23649)
                                                                KEVIN M. TEPAS, ESQUIRE
                                                                Ryan, Ryan, Johnson & Deluca, LLP
                                                                80 Fourth Street
                                                                P.O. Box 3057
                                                                Stamford, CT 06905
                                                                203-357-9200
                                                                Attorneys for Interstate Welding &
                                                                Mechanical Company, Inc.


                                                                DATED: December 9, 2003


                                                                **SO ORDERED BY THE COURT:**

                                                                _____
                                                                                                                    J.


DATED: 1/27/04


I:\Procases\102.015\StipDismissal.wpd\102.015

FILED 2004 JAN 28 P 12: 01
US DISTRICT COURT
BRIDGEPORT CT